[No. 35386-5-II. Division Two. October 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHEKYEMA N. CUBEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-00021-0, Brian M. Tollefson, J., entered October 2, 2006. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 35630-9-II. Division Two. October 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SAQUARRA ST. MARIE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-04870-2, Stephanie A. Arend, J., entered November 22, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 25464-0-III. Division Three. November 1, 2007.]

THE ESTATE OF RANDALL CAREY ROBERTS, JR., *Respondent*, v. LORI KENDALL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-2-00358-5, Craig J. Matheson, J., entered August 24, 2006. *Reversed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Stephens, J.

[Nos. 54268-1-I; 59353-6-I. Division One. November 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD HENRY MUTCH, *Appellant*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 94-1-00117-8, Steven J. Mura, J., entered April 7, 2004. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, A.C.J., and Dwyer, J.